**Robert STRAUGHTER v. STATE.**

No. 16717.

Court of Criminal Appeals of Texas.

Feb. 21, 1934.

Percy Woodard, of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**LATTIMORE, Judge.**

Conviction for assault to murder; punishment, ten years in the penitentiary.

We find with the record in this case an affidavit in due form made by appellant requesting that his appeal be dismissed. The request is granted.

The appeal is dismissed.

**Rex TURNER v. STATE.**

No. 16512.

Court of Criminal Appeals of Texas.

Feb. 14, 1934.

A. U. Puckitt, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**LATTIMORE, Judge.**

Conviction for assault with intent to rape; punishment, three years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.